Hamilton County Municipal Court, Cincinnati, Ohio

Case: 1:21-cv-00797-TSB-KLL Doc #: 1-3 Filed: 12/27/21 Page: 1 of 2 PAGEID #: 18

Small Claims Complaint

ANTHONY ROMEO VENTRE

3705 HOMELAWN AVE.

CINCINNATI, OHIO 45211      513-400-1988

Plaintiff(s)      Phone Number

Case No. 21CV23613

☐ In accordance with civil rule 4.6 (C) or (D) and 4.6 (E), an ordinary mail waiver is requested

VS.

SYNCHRONY BANK

170 WEST ELECTION RD. STE 125

DRAPER, UTAH 84020 ATTN. B.DOUBLES

Defendant(s)

Amount $ 6000.00

Received DEC 02 2021 SYF-Draper

Plaintiff says that there is due and owing from the defendant(s) the sum of SIX THOUSANDXXXXXXXXXXXX dollars

For the following reason(s): VIOLATION OF FDCPA/FCRA/TCPA REPORTING MY GIRLFRIENDS DEBT ON MY CREDIT HISTORY CAUSING DAMAGE AND DELAYS IN A REFI PROCESS. THE DAMAGE IS UNDISPUTABLE AS I HAVE DENIAL LETTER WITH REASON FOR THE DENIAL BEING THIER COLLECTION ACTION VERSUS MYSELF FOR A DEBT OF MY GIRLFRIEND. NOTHING SIGNED BY ME.

Interest, if applicable, from the _____ day of _____, _____ Plus Court Costs.

**ATTENTION: ALLOW SUFFICIENT TIME TO ENTER THE COURTHOUSE DUE TO SECURITY CHECK. DELAYS POSSIBLE.**

Notice and summons in action for money only

To: (1) SYNCHRONY BANK
170 WEST ELECTION RD STE 125
DRAPER, UTAH 84020

(2) BRIAN DOUBLES C/O SYNCHRONY BANK
170 WEST ELECTION RD STE 125
DRAPER, UTAH 84020

Notice to the Defendant: The court will hold trial on this claim at the Hamilton County Courthouse, 1000 Main St., Rm. 265 at 9:30 / ~~10:30~~ A.M., on: DEC 28, 2021

If you do not appear at the trial, judgment may be entered against you by default, and your earnings may be subject to garnishment, or your property may be attached to satisfy the judgment. If your defense is supported by witnesses, account books, receipts, or other documentation, you must produce them at the trial. Subpoenas for witnesses, if necessary, should be filed with the clerk at least seven (7) days before the trial. If you believe you have a claim against the plaintiff, you must file a counterclaim with the court and must serve the plaintiff and all other parties with a copy of the counterclaim at least seven (7) days prior to the trial date of the plaintiff's claim. All filings to be filed/mailed with the appropriate fees to: Hamilton County Clerk of Courts 1000 Main St. Rm. 115, Cincinnati, Ohio 45202. If you admit the claim but desire time to pay, you may make such a request at the trial.

**Memorandum to the Plaintiff**

Bring your evidence and witnesses, if any, with you. Subpoenas for witnesses, if necessary, must be filed with the clerk at least seven (7) days before the trial date. On accident cases involving a motor vehicle, you must bring your title to the vehicle.

Plaintiff further states that to the best of their knowledge the defendant is / is not a member of the Armed Forces of the United States of America.

X _Anthony R Ventre_ 
Signature of Plaintiff/Attorney      Attorney Address Only      Phone No.
Attorney ID No.

EXHIBIT A

Subscribed and sworn to before me this 18th day of Nov, 20 21

_Stacy Cox_
Clerk, Deputy Clerk, Notary Public

AFTAB PUREVAL
CLERK OF COURTS
COUNTY COURTHOUSE ROOM 115
1000 MAIN STREET
CINCINNATI OH 45202
IF UNDELIVERABLE RETURN IN 3 DAYS



ZIP 45202

7194 5168 6312 5748 9376

Received
DEC 0 2 2021
SYF-Draper

21CV23613 OMW
11/19/2021 12/28/2021 I
SYNCHRONY BANK
% BRIAN DOUBLES
170 WEST ELECTION RD STE 125
DRAPER UT 84020