

Honorable Timothy Black

Re: case #1:21-cv-797

Ventre v Synchrony Bank

Sir,

I filed my case in small claims so I could be heard. I'm a retired veteran and have been wronged by Synchrony Bank. Here are the facts that opposing counsel has stated are not pertinent to a claim.

My fiancée Jessica Sizemore has a Paypal account. I do not. I am not computer literate at 66 years old. I own the house we live in. I have never had or signed up for a Paypal account. I have enclosed letters from Synchrony Bank trying to collect from me. I have asked for verification and validation of the debt as I was the victim of identity theft. (Enclosed documents). The send letters that they sold the debt and are not responsible to send me proof, yet they are reporting a derogatory entry on my credit bureau which has damaged my chances for a reverse mortgage. I have enclosed letters, documents and all pertinent facts of this case. I cannot afford an attorney. They put a bad credit mark on me and I never even heard of Paypal till now. I don't shop online or even use a computer. I just want to be heard. I am sure if they have done it to me, they are doing it to others. Please allow me to be heard.

Respectfully,

*Anthony Gomes Ventre*

Case: 1:21-cv-00797-TSB-KLL Doc #: 5 Filed: 01/04/22 Page: 1 of 1 PAGEID #: 27

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Anthony Romeo Ventre,
    Plaintiff,

vs.

Synchrony Bank,
    Defendant(s).

Case No. 1: 21-cv-797
( J. Black ; Litkovitz, MJ )

## NOTICE TO PRO SE PLAINTIFF UPON FILING
## BY DEFENDANT(S) OF MOTION TO DISMISS

You are hereby notified that a motion to dismiss has been filed by the Defendant(s) in this case (Doc. 4). Your failure to file a memorandum in response to the motion within 21 days from the date of service set forth in the certificate of service attached to the motion may warrant dismissal of this case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

awh    January 4, 2022

U.S. District Court

Southern District of Ohio

## Notice of Electronic Filing

The following transaction was entered on 1/4/2022 at 11:09 AM EST and filed on 1/4/2022
**Case Name:**         Ventre v. Synchrony Bank
**Case Number:**       1:21-cv-00797-TSB-KLL
**Filer:**
**Document Number:** 5

**Docket Text:**
**NOTICE to Pro Se Plaintiff Upon Filing by Defendant(s) of Motion to Dismiss re [4] MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (bjc)**

**1:21-cv-00797-TSB-KLL Notice has been electronically mailed to:**

David A Wallace      wallace@carpenterlipps.com, johnston@CarpenterLipps.com

Tyler Kabaki Ibom     ibom@carpenterlipps.com, quick@carpenterlipps.com

**1:21-cv-00797-TSB-KLL Notice has been delivered by other means to:**

Anthony Romeo Ventre
3705 Homelawn Ave.
Cincinnati, OH 45211

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1040326259 [Date=1/4/2022] [FileNumber=7882806-0]
[9d716850822ef1af58b316933c4089fc7cdc95e62158128ad484e63b3381e845d91c
08a24e25a3b533a5865d8a952476b07fe514f85c5276685d9e946b493d13]]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Anthony Romeo Ventre,
    Plaintiff,

vs.

Synchrony Bank,
    Defendant(s).

Case No. 1: 21-cv-797
( J. Black ; Litkovitz, MJ )

## NOTICE TO PRO SE PLAINTIFF UPON FILING
## BY DEFENDANT(S) OF MOTION TO DISMISS

You are hereby notified that a motion to dismiss has been filed by the Defendant(s) in this case (Doc. 4). Your failure to file a memorandum in response to the motion within 21 days from the date of service set forth in the certificate of service attached to the motion may warrant dismissal of this case pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

awh    January 4, 2022

Synchrony Bank
P.O. Box 965064
Orlando, FL 32896-5064

ANTHONY VENTRE
3705 HOMELAWN AVE
CINCINNATI, OH 45211-3513

0111
33531

12/01/2021

RE: PayPal Credit
Account Number: 60441xxxxxxx6918
Account Balance at Time of Sale: 190.08

Dear ANTHONY VENTRE,

This letter is to inform you that the above referenced account was sold to Portfolio Recovery Associates, LLC on 11/18/2021. If you have any questions about this account, please contact Portfolio Recovery Associates, LLC.

We are providing Portfolio Recovery Associates, LLC with the following email address for you: BASHIE1970@GMAIL.COM. Portfolio Recovery Associates, LLC may use this email address to communicate with you about the debt. If others have access to this email address, then it is possible they may see the emails. If you would like to opt out of communications by Portfolio Recovery Associates, LLC to BASHIE1970@GMAIL.COM, please notify Portfolio Recovery Associates, LLC by mail, telephone, or email. Please notify Portfolio Recovery Associates, LLC by 01/06/2022 through one of the communication channels below.

Portfolio Recovery Associates, LLC
P.O. Box 12914,
Norfolk, VA 23541
800-772-1413
https://www.portfoliorecovery.com/
pracustomercare@portfoliorecovery.com

Sincerely,

Synchrony Bank

SLDLROPT

SYNCHRONY BANK
P.O. Box 965004
Orlando, FL 32896-5004

55289
P111

11/17/2020

ANTHONY VENTRE
3705 HOMELAWN AVE
CINCINNATI OH 45211-3513

PayPal Credit account ending in: 6918
Balance as of 11/17/2020: $186.29
Minimum payment due as of 11/17/2020: $186.29

## We Need to Hear from You
### Call Us Today 1-855-878-9532

Hello ANTHONY VENTRE,

Your PayPal Credit account remains seriously delinquent. We need to hear from you by 12/03/2020 to discuss options and prevent further steps to collect this debt.

Your minimum payment due of $186.29, which includes a past due amount of $182.00, is due on 12/03/2020.

**Here's how to make your payment:**

- Log in to your account online at www.paypal.com
- Call us toll-free at 1-855-878-9532
- Mail your payment to:

  SYNCHRONY BANK / PayPal Credit
  PO BOX 960006
  ORLANDO, FL 32896-0006

If you have disputed this debt, please disregard this letter.

If you cannot pay, please call us at 1-855-878-9532 to discuss options and how we may be able to help.

*Please see reverse side for important information*

This is an attempt to collect a debt and any information obtained will be used for that purpose.
Account is owned by SYNCHRONY BANK

Cardholder Services
PO Box 551242
Jacksonville, FL 32255

 ANTHONY VENTRE
3705 HOMELAWN AVE,
CINCINNATI, OH 452113513

12/15/2021

Re: Card ID: 4186734937

**Card Account Closure Effective Immediately**

Dear ANTHONY VENTRE:

Please be advised that US Bank has elected to close your ReliaCard – Ohio Unemployment card(s) and any associated account(s) at this time in accordance with the terms of the Cardholder Agreement.

Please note that the card(s) listed above can no longer be used for any type of transaction, including but not limited to:
- Making purchases,
- Loading funds,
- Withdrawing cash,
- Transferring funds, or
- Any other type of banking services.

Additional information may be required in order to access the remaining balance on the card account. For balance details or questions about the account closure, please contact Cardholder Services at the number listed on the back of your card.

Sincerely,

Cardholder Services

### SYNCB/PPC #604419101750**** ( PO BOX 965005, ORLANDO, FL 32896, (844) 373-4961 )

| | | | |
|---|---|---|---|
| Date Opened: 05/17/2020 | Date Updated: 08/09/2021 | Pay Status: ›Charged Off‹ |
| Responsibility: Individual Account | Payment Received: $0 | Terms: Paid Monthly |
| Account Type: Revolving Account | Original Charge-off: $190 | Date Closed: 09/08/2020 |
| Loan Type: CREDIT CARD | | ›Maximum Delinquency of 120 days in 10/2020 and in 12/2020 for $186‹ |

High Balance: High balance of $28 from 05/2020 to 06/2020; $186 from 11/2020 to 11/2020; $190 from 12/2020 to 08/2021
Credit Limit: Credit limit of $600 from 05/2020 to 06/2020; $600 from 11/2020 to 12/2020; $0 from 01/2021 to 08/2021
Estimated month and year that this item will be removed: 06/2027

| | 08/2021 | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $190 | $190 | $190 | $190 | $190 | $190 | $190 | $190 | $190 | $186 | | |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $3 | $4 | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | |
| Past Due | $190 | $190 | $190 | $190 | $190 | $190 | $190 | $190 | $186 | $182 | | |
| Remarks | PRL | PRL | PRL | PRL | PRL | PRL | PRL | PRL | CBG | CBG | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | 120 | 120 | 120 | 90 |

| | 08/2020 | 07/2020 | 06/2020 | 05/2020 |
|---|---|---|---|---|
| Balance | | | $28 | $28 |
| Scheduled Payment | | | $28 | $0 |
| Amount Paid | | | $0 | $0 |
| Past Due | | | $0 | $0 |
| Rating | 60 | 30 | OK | OK |

### THE HOME DEPOT/CBNA #603532079607**** ( 5800 South Corporate Place, SIOUX FALLS, SD 57108, (800) 677-0232 )

| | | |
|---|---|---|
| Date Opened: 10/29/2016 | Balance: $0 | Pay Status: Paid, Closed; was Paid as agreed |
| Responsibility: Individual Account | Date Updated: 12/28/2019 | Terms: Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: 06/04/2017 |
| Loan Type: CHARGE ACCOUNT | Last Payment Made: 06/03/2017 | Date Paid: 06/03/2017 |
| | High Balance: $14 | ›Maximum Delinquency of 30 days in 05/2017 for $12‹ |
| | Credit Limit: $750 | |

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2017 | 10/2017 | 09/2017 | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | 30 | OK | OK | OK | OK | OK |

| | 11/2016 |
|---|---|
| Rating | OK |

## Satisfactory Accounts

### COMENITY CAPITAL/HSN #578097953809**** ( 6939 AMERICANA PARKWAY, REYNOLDSBURG, OH 43068, Phone number not available )

| | | |
|---|---|---|
| Date Opened: 01/13/2010 | Balance: $0 | Pay Status: Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Date Updated: 09/29/2018 | Terms: Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: 04/27/2018 |
| Loan Type: CHARGE ACCOUNT | High Balance: $0 | |
| | Credit Limit: $3,500 | |

Remarks: CLOSED BY CREDIT GRANTOR; CLOSED

| | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | X | X | X | X | OK | OK | OK | OK | OK | OK | OK | OK |

| | 08/2017 | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | N/R |

| | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/201 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/201 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

| | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R | N/R |

To dispute online go to: http://transunion.com/disputeonline

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/19 | $ 66,827 | $ 544 | $ 544 | 09/01/2019 | $ 71,402 | | | Va Real Estate Mortgage | |

**SYNCB/PPC    PO BOX 965005 ORLANDO FL 328965005 - 8443734961**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 604419101750* | 05/17/2020 | | $ 600 | | | 15 | | |

| Date of Last Reported Update | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj Del. 1st Reported | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/09/2021 | $ 190 | $ 190 | | | | 07/2020 | | 01/2021 | $ 190 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Credit Card;

| Account History with Status Codes | 07/2021 | 06/2021 | 05/2021 | 04/2021 | 03/2021 | 02/2021 | 01/2021 | 12/2020 | 11/2020 | 10/2020 | 09/2020 | 08/2020 | 07/2020 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | L | L | L | L | L | L | L | 6 | 5 | 4 | 3 | 2 | 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 07/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 06/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 05/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 04/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 03/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 02/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 01/21 | $ 190 | | | | | $ 600 | $ 190 | Credit Card | |
| 12/20 | $ 190 | $ 3 | | | $ 190 | $ 600 | $ 186 | Credit Card | Closed |
| 11/20 | $ 186 | $ 4 | | | $ 186 | $ 600 | $ 182 | Credit Card | Closed |

9/29/21, 2:37 PM	mail.com - Your report has been successfully submitted.

Case: 1:21-cv-00797-TSB-KLL Doc #: 6 Filed: 01/31/22 Page: 10 of 16 PAGEID #: 37

Phone Number : 513-400-1988
**Reason You Suspected Fraud:**
I received a 2020 1099-G for Ohio Unemployment. : false
I received an U.S. Bank ReliaCard for Ohio Unemployment. : true
I received a Temporary PIN for Ohio Unemployment. : false
I received other correspondence regarding Ohio Unemployment. : false
My employer notified me. : false
Other : false

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, employee, or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.

**Attachments**

- Unemployment Insurance Fraud Consumer Protection Guide.pdf

| Letter Date<br>09/21/2021 | **Credit Control, LLC**<br>5757 Phantom Drive, Suite 330<br>Hazelwood, MO  63042<br>866-672-1475 | Hours of Operation (ET):<br>M - F 8a.m. - 10p.m.<br>Sat 8a.m. - 12p.m. |
|---|---|---|

## Your Account Information

| | |
|---|---|
| Current Creditor: Synchrony Bank | Our Acct.#:             60384443 |
| Original Creditor: Synchrony Bank | Orig. Acct.#:    ************6918 |
| Re: PayPal Credit | Amount Due:              $190.08 |

## Important Notice

Dear ANTHONY VENTRE, Our records indicate that the above-referenced account remains unpaid.  In an effort to assist you in resolving this matter, our client, Synchrony Bank, has authorized us to extend you an offer to resolve this account for less than the Amount Due.  Please contact us so that we may work with you to establish terms of a payment arrangement which will be acceptable to both you and our client.

## Payment Instructions

- Make a payment via our website at www.credit-control.com.
- Submit payment via U.S. mail to: PO Box 160, Hazelwood  MO  63042.
  Please include your account number in the memo section of your check or money order.
- Call us toll-free at 866-672-1475 to make payment arrangements. Calls are recorded and may be monitored for quality assurance purposes. You may ask for Jason Post.

## Please Read Important Disclosures

This communication from a debt collector is an attempt to collect a debt. Any information obtained will be used for that purpose.

**NOTICE: DISCLOSURES MAY CONTINUE ON THE REVERSE SIDE**



# Your report has been successfully submitted.

**From:** "OUIO Fraud Reporting Email" <ohioui@jfs.ohio.gov>
**To:** "bashie1970@mail.com" <bashie1970@mail.com>
**Date:** Sep 17, 2021 8:09:12 AM

We have received your report that someone used your personal information to claim unemployment benefits.

ODJFS will process your report, conduct an investigation and, if necessary, issue corrections to the Internal Revenue Service (IRS). If we have additional questions, we will contact you at the information you provided in your report.

### How To File Your Taxes (if you received a 1099-G)

According to the Ohio Department of Taxation:

Generally, you should **not** include unemployment benefits you did not apply for as income on your federal and state income tax returns.

You do not need to have a determination from ODJFS on your ID theft claim or a corrected 1099-G to file your federal and state income tax returns. However, you should continue to pursue a corrected 1099-G from ODJFS after your returns are filed to avoid a future audit by the IRS or ODT.

* For more information and guidance on filing your federal and state taxes, visit: Ohio Department of Taxation

### Protect Your Identity

Many resources are available for victims of identity theft to help them protect their identities. ODJFS strongly urges anyone who suspects they may be a victim of identity theft to take appropriate action to protect themselves. Here are some resources we recommend:

* OhioAttorneyGeneral.gov/IdentityTheft

* Review your credit report at AnnualCreditReport.com

* Ohio State Highway Patrol: When Identity Crime Strikes You

* Federal Trade Commission Resources at identitytheft.gov

* Place a free one-year fraud alert on your credit reports by contacting any one of the three nationwide credit reporting companies online or through their toll-free numbers. The bureau you contact must tell the other two.

* Equifax: 800-525-6285

* Experian: 888-397-3742

* Trans Union: 800-680-7289

Finally, please see the attached Unemployment Insurance Fraud Consumer Protection Guide from the U.S. Department of Justice's National Unemployment Insurance Fraud Task Force, which has further guidance for those who have been victimized.

Please do not reply to this email as the mailbox is not monitored.

**Your Contact Information:**
First Name : Anthony
Last NAME : Ventre
Street Address : 3705 Homeline Ave.
City : Cincinnati
State : Ohio
Zip : 45211
Email Address : bashie1970@mail.com



# Your report has been successfully submitted.

| | |
|---|---|
| **From:** | "OUIO Fraud Reporting Email" <ohioful@jfs.ohio.gov> |
| **To:** | "bashie1970@mail.com" <bashie1970@mail.com> |
| **Date:** | Sep 17, 2021 8:09:12 AM |

We have received your report that someone used your personal information to claim unemployment benefits.

ODJFS will process your report, conduct an investigation and, if necessary, issue corrections to the Internal Revenue Service (IRS). If we have additional questions, we will contact you at the information you provided in your report.

**How To File Your Taxes (if you received a 1099-G)**

According to the Ohio Department of Taxation:

Generally, you should **not** include unemployment benefits you did not apply for as income on your federal and state income tax returns.

You do not need to have a determination from ODJFS on your ID theft claim or a corrected 1099-G to file your federal and state income tax returns. However, you should continue to pursue a corrected 1099-G from ODJFS after your returns are filed to avoid a future audit by the IRS or ODT.

* For more information and guidance on filing your federal and state taxes, visit: Ohio Department of Taxation

**Protect Your Identity**

Many resources are available for victims of identity theft to help them protect their identities. ODJFS strongly urges anyone who suspects they may be a victim of identity theft to take appropriate action to protect themselves. Here are some resources we recommend:

* OhioAttorneyGeneral.gov/IdentityTheft

* Review your credit report at AnnualCreditReport.com

* Ohio State Highway Patrol: When Identity Crime Strikes You

* Federal Trade Commission Resources at identitytheft.gov

* Place a free one-year fraud alert on your credit reports by contacting any one of the three nationwide credit reporting companies online or through their toll-free numbers. The bureau you contact must tell the other two.

* Equifax: 800-525-6285

* Experian: 888-397-3742

* Trans Union: 800-680-7289

Finally, please see the attached Unemployment Insurance Fraud Consumer Protection Guide from the U.S. Department of Justice's National Unemployment Insurance Fraud Task Force, which has further guidance for those who have been victimized.

Please do not reply to this email as the mailbox is not monitored.

**Your Contact Information:**
First Name : Anthony
Last NAME : Ventre
Street Address : 3705 Homeline Ave.
City : Cincinnati
State : Ohio
Zip : 45211
Email Address : bashie1970@mail.com

9/29/21, 2:38 PM mail.com - Your report has been successfully submitted.

Case: 1:21-cv-00797-TSB-KLL Doc #: 6 Filed: 01/31/22 Page: 14 of 16 PAGEID #: 41

Phone Number : 513-400-1988
**Reason You Suspected Fraud:**
I received a 2020 1099-G for Ohio Unemployment. : false
I received an U.S. Bank ReliaCard for Ohio Unemployment. : true
I received a Temporary PIN for Ohio Unemployment. : false
I received other correspondence regarding Ohio Unemployment. : false
My employer notified me. : false
Other : false

This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, employee, or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.

**Attachments**

- Unemployment Insurance Fraud Consumer Protection Guide.pdf

Ventre
3705 Homelawn
Cinti, OHIO 45211

CERTIFIED MAIL

7019 1640 0001 6659 1110

neopost
01/21/2022
US POSTAGE $07.35
ZIP 45244

Office of the Clerk
Potter Stewart U.S. Courthouse
Room 103
100 E. 5th St
Cinti, OHIO 45202

X-RAY ✓
U.S. MARSHALS SERVICE

7019 1640 0001 6659 1110